# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

THEODORE R. WILLETTE,

    Plaintiff,

v.                                          Case No. 22-CV-1045

RANDY HEPP, *et al.*,

    Defendants.

## ORDER

On June 1, 2023, plaintiff Theodore R. Willette, who is represented by counsel, filed a motion to voluntarily dismiss the case. (ECF No. 34.) Willette states that he filed his lawsuit primarily to see injunctive relief while incarcerated. He has now been released from prison and no longer needs that injunctive relief. The court grants his motion and dismisses the case Additionally, the defendants' motion for summary judgment on exhaustion grounds is also denied as a moot.

**THEREFORE, IT IS ORDERED** that that Willette's motion for voluntary dismissal (ECF No. 34) is **GRANTED,** and this case is **DISMISSED** The court will enter judgment accordingly.

**IT IS FURTHER ORDERED** that the defendants' motions for summary judgment on exhaustion grounds (ECF Nos. 21, 33) are **DENIED as moot**.

Dated at Milwaukee, Wisconsin this 5th day of June, 2023.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge

2